## Commonwealth *v.* Wallace, Appellant.

Argued March 11, 1974. *Kenneth F. Lee,* for appellant; *Edward S. Newlin,* Assistant District Attorney, with him *John W. Walker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Weathers, Appellant.

Argued March 11, 1974. *Edward S. Finelstein,* for appellant; *Marion E. MacIntyre,* Deputy District Attorney, with her *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.